UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWN E. CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:10CV02320 AGF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $3,974.44, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for Disability Insurance Benefits and Supplemental Security Income. His request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought. Upon review of the record, the Court finds that the fee request is reasonable. The fees, however, must be paid directly to Plaintiff, pursuant to *Ratliff v. Astrue*, 130 S. Ct. 2521 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $3,974.44, payable directly to Plaintiff. [Doc. #27]

    *s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2011